UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Michael Hagood

                    Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR- ( )( )

20 Mag. 12576

Defendant __Michael Hagood__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X** Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ by Sylvie Levine
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Michael Hagood**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Sylvie Levine**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-1-2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge